ROGER W. CLARK, ESQ. (#108982)
ROBERT D. GOLDBERG, ESQ. (#137356)
**CLARK, GOLDBERG & MADRUGA**
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099
Email: Rgoldberg@cgold.cc

JS-6

Attorneys for Defendant
**DOUG LARGE**

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>                Plaintiff,<br><br>       vs.<br><br>VENTURA COLLEGE OF LAW, HEATHER GEORGAKIS, DOUG LARGE, TYLER BUCK, official and individual capacities, WENDY LASCHER, NANCY L. TITHER, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, DOES 1-10,<br><br>                Defendants.<br>_____ | CASE NO. 09 CV 00254 RGK(AGRx)<br><br>Judge: R. Gary Klausner<br>Magis: Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT AS TO DEFENDANTS VENTURA COLLEGE OF LAW, HEATHER GEORGAKIS, WENDY LASCHER, DOUG LARGE, AND TYLER BUCK.**<br><br>Date: November 2, 2009<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Filed: March 8, 2007 |

Before the Court is Defendants' VENTURA COLLEGE OF LAW, HEATHER GEORGAKIS, WENDY LASCHER, DOUG LARGE, and TYLER BUCK's ("the moving defendants") Motion For Entry of Final Judgment pursuant to Federal *Rule of Civil Procedure* 54(b).

WHEREAS this court has already granted defendants VENTURA COLLEGE OF LAW, HEATHER GEORGAKIS, and WENDY LASCHER's motions to dismiss for failure to state a claim upon which relief can be granted, with prejudice, pursuant to *Rule of Civil Procedure* 12(b)(6) as to plaintiffs claims for: (1) breach of contract (claims 1, 11); (2) breach of the implied covenant of good faith and fair dealing (claim 4); (3) state conspiracy (claim 2); (4) intentional infliction of emotional distress (claim 3); (5) tort in essence (claim 5); (6) violation of 48 U.S.C. §1983 (claims 7,17,18); (7) violation of 42 U.S.C. §1985(3) (claims 6,10,14); (8) interferences with prospective economic opportunity (claim 12); (9) attempted extortion (claim 13); (10) breach of fiduciary duty (claim 15); and (11) violation of 42 U.S.C. §12181 et seq. (Americans with Disabilities Act) (claim 16).

WHEREAS this court has already granted defendant DOUG LARGE's motion to dismiss for failure to state a claim upon which relief can be granted, with prejudice, pursuant to *Rule of Civil Procedure* 12(b)(6) as to plaintiffs claims for: (1) attempted extortion (claim 13); and (2) violation of U.S.C. §1985(3) (claim 14).

//

WHEREAS this court has already granted defendant TYLER BUCK's motion to dismiss for failure to state a claim upon which relief can be granted, with prejudice, pursuant to *Rule of Civil Procedure* 12(b)(6) as to plaintiffs claims for: (1) violation of 48 U.S.C. §1983 (claim 6); and (2) violation of 48 U.S.C. §1985(3) (claims 7, 17).

WHEREAS, the remaining claims in Plaintiff's First Amended Complaint are severable and/or unrelated to the claims brought against the moving defendants.

The court finds that there is no just reason for delay in entering a final judgment of dismissal as to all claims asserted by Plaintiff in his First Amended Complaint against Defendants VENTURA COLLEGE OF LAW, HEATHER GEORGAKIS, WENDY LASCHER, DOUG LARGE, and TYLER BUCK.

**IT IS SO ORDERED**

DATED: November 18, 2009              _____
                                      HON. R. GARY KLAUSNER
                                      United States District Court Judge

F:\WORK\09-1813\MOTIONS\ENTRY OF FINAL JUDGMENT\PROPOSED ORDER GRANTING ENTRY OF FINAL JUDGMENT_002.DOC